EXHIBIT #1
PHOTOGRAPH

