EXHIBIT # 2
INFRINGING USE OF THE PHOTOGRAPH
URL: https://www.biowashing.com/hoarding/how-children-are-affected-by-hoarding-disorder/



