```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GEOFF JOHNSON,                        :
                                      :
     v.                               :   CIVIL ACTION NO. 21-2589
                                      :
MOLD SOLUTIONS & INSPECTIONS, LLC,    :
```

## O R D E R

**AND NOW**, this **13th** day of **December, 2022**, upon consideration of the motions for fees and costs filed by Plaintiff and Defendant (ECF Nos. 21 & 22) and the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's motion (ECF No. 21) is **DENIED** as it was not the prevailing party;

2. Plaintiff's motion (ECF No. 22) is **GRANTED in part and DENIED in part** and Plaintiff is awarded $15,520 in attorney's fees and $964.80 in costs for a **total of $16,484.80;** and

3. The motion for leave to file a reply (ECF No. 25) is **GRANTED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO,    J.**